# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**REGINA ANN PETERS,**<br><br>Defendant. | CR 21-13-GF-BMM<br><br>**ORDER GRANTING MOTION TO REVOKE RELEASE AND ISSUING WARRANT** |

The Government has moved to revoke the defendant's conditional release. I find there is probable cause to believe the defendant has violated her conditions of release, supported by the affidavit of the U.S. Pretrial Services Officer given under penalty of perjury. The Court grants the motion and orders the issuance of a WARRANT.

DATED this 15th day of October, 2021.

_____
John Johnston
United States Magistrate Judge

1